

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>DANIEL REYES-GARCIA,<br><br>　　　　　Defendant. | Cr. No. 14-0593GT<br><br>ORDER |

On May 5, 2104, defense counsel for Defendant, Daniel Reyes-Garcia ("Mr. Reyes"), filed a Sentencing Summary Chart for Mr. Reyes' sentencing hearing set for May 8, 2014. At the end of the Sentencing Summary Chart, defense counsel presents several legal arguments, including that Mr. Reyes" prior 1998 Transportation/Sale of Narcotic does not merit a + 16, the Government breached its plea agreement and a request for sentencing before another judge. This Court requires written motion papers to decide such issues. Accordingly,

**IT IS ORDERED** that the sentencing hearing date set for May 8, 2014 be continued until June 5, 2014 at 9: 30 a.m.

**IT IS FURTHER ORDERED** that Mr. Reyes' file motion papers containing all his legal arguments. Mr. Reyes brief is due no later than May 16, 2014. The Government is ordered to file an answer no later than May 29, 2014.

**IT IS SO ORDERED.**

5/6/14
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel